IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | ) | Case No. 3:23-cv-218 |
| | ) | |
| | ) | JUDGE KIM R. GIBSON |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SOMERSET COUNTY DISTRICT | ) | |
| ATTORNEY'S OFFICE, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this <u>22nd</u> day of September, 2023, **IT IS HEREBY ORDERED** that the Defendants shall file their Response to Plaintiff's Motion for a Protective Order at ECF No. 2 on or before **Monday, October 2, 2023.**

BY THE COURT:

/s/ Kim R. Gibson
_____
**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**