IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, )<br>)<br>　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>SOMERSET COUNTY DISTRICT )<br>ATTORNEY'S OFFICE; )<br>SOMERSET COUNTY; and )<br>JEFFREY THOMAS, )<br>)<br>　　　　Defendants. ) | No.:<br><br>CIVIL ACTION<br><br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this 28th day of September, 2023, upon consideration of Plaintiff's Motion for Protective Order and Leave to Proceed in Pseudonym and corresponding Memorandum and any response thereto, it is hereby ORDERED and DECREED that said motion is GRANTED as follows:

(1) Plaintiff shall proceed in pseudonym and the docket shall continue to reflect Plaintiff's name as Jane Doe;

(2) Plaintiff shall be referred to by her pseudonym in all depositions, pleadings, and other documents related to this litigation and in all proceedings held before this Court;

(3) Plaintiff's identity shall be available to the attorneys of records and in-house counsel for the Defendants, who shall not disclose or permit disclosure thereof, except to their law partners, associates and persons employed in the law offices of such attorneys;

(4) Each person whom Plaintiff's identity is disclosed pursuant to this Order shall agree in advance that he or she will not disclose Plaintiff's identity to any other person;

(5) In the event Defendants believe it is necessary in the defense of the claims for it to disclose Plaintiff's identity to persons other than those specified in this Order, Defendants shall communicate with Plaintiff's counsel and if agreement cannot be reached in writing, the matter shall be determined by the Court.

BY THE COURT:

_Kim R. Gibson_
J.