IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | ) | Case No. 3:23-cv-218 |
| | ) | |
| | ) | JUDGE KIM R. GIBSON |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SOMERSET COUNTY DISTRICT | ) | |
| ATTORNEY'S OFFICE, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this ___23rd___ day of April, 2024, upon consideration of the parties' Stipulation at ECF No. 31, **IT IS HEREBY ORDERED** as follows:

a. The Motion to Dismiss at ECF No. 18 is **DENIED WITHOUT PREJUDICE AS MOOT**.

b. The Plaintiff shall file her Amended Complaint on or before **May 22, 2024**.

c. The Defendants retain the right to file a Motion to Dismiss addressing Plaintiff's Amended Complaint, or otherwise respond as they deem appropriate.

BY THE COURT:

*/s/ Kim R. Gibson*

**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**