IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | ) | Case No. 3:23-cv-218 |
| | ) | |
| | ) | JUDGE KIM R. GIBSON |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SOMERSET COUNTY and JEFFREY THOMAS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 23rd day of July, 2024, upon the Court having received correspondence from Defendant Jeffrey Thomas indicating that he has not received certain filings in this matter, **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 5, and from the date of this Order and moving forward throughout the duration of this case, Plaintiff Jane Doe and Defendant Somerset County **shall serve all papers** upon Defendant Jeffrey Thomas by mailing such papers to him at the following address:

Smart Communications/PADOC
Jeffrey Thomas/QP9446
SCI Waymart
PO Box 33028
St. Petersburg, FL 33733

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

**Notice by U.S. Mail to:**
Jeffrey Thomas at the address above