IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | ) | Case No. 3:23-cv-218 |
| | ) | |
| | ) | JUDGE KIM R. GIBSON |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SOMERSET COUNTY and JEFFREY THOMAS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this \_\_13th\_\_ day of August, 2024, upon consideration of Defendant Jeffrey Thomas's Response in Opposition to Plaintiff's Motion for a Protective Order at ECF No. 2, (ECF No. 54), **IT IS HEREBY ORDERED** that Plaintiff and Defendant Somerset County shall file their replies, if any, on or before **September 10, 2024.** The Court will resolve the issue of Plaintiff proceeding under a pseudonym when it resolves the pending Motion to Dismiss at ECF No. 40.

BY THE COURT:

_____
**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**

-2-

**Notice by U.S. Mail to:**
Jeffrey Thomas
QP9446
SCI Waymart
P.O. Box 256
Waymart, PA 18472